IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERICA N. FOMBY,

    Plaintiff,

v.                                              Case No. 1:20-cv-275-AW-GRJ

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case on November 30, 2020, by filing a handwritten letter addressed to the Clerk of Court for the United States District Court for the Northern District of Florida. ECF No. 1. The undersigned liberally construes Plaintiff's letter as an appeal from an unfavorable decision concerning Plaintiff's entitlement to Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. § 405(g). *Id.* at 1–9.

On December 2, 2020, the undersigned entered an order notifying Plaintiff that her "Complaint" suffered from numerous defects. ECF No. 2. Namely, Plaintiff failed to pay the requisite $400.00 filing fee or file a motion to proceed as a pauper ("*in forma pauperis*"). N.D. Fla. Loc. R. 5.3.

Moreover, she failed to use the Court's approved form for a Complaint for Review of a Social Security Disability or Supplemental Security Income Decision (AO Form Pro Se 13). N.D. Fla. Loc. R. 5.7(A). The undersigned provided Plaintiff the opportunity to correct these deficiencies by December 30, 2020, or face dismissal. On January 21, 2021, the Court entered an order requiring Plaintiff to show cause on or before February 4, as to why this case should not be dismissed for failure to prosecute. ECF No. 3.

Plaintiff has failed to respond to the Court's orders or otherwise demonstrate her desire to litigate this appeal in compliance with the Court's Local Rules. Therefore, the undersigned concludes Plaintiff has willfully abandoned the prosecution of this action, and her "Complaint" is due to be dismissed. Fed. R. Civ. P. 41(b); *see also Brown v. Blackwater River Corr. Facility*, 762 F. App'x 982, 985 (11th Cir. 2019) ("[U]nder Federal Rule of Civil Procedure 41(b), a district court may *sua sponte* dismiss a suit for failure to prosecute or failure to comply with an order.").

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Complaint, ECF No. 1, should be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** this 22nd day of February 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.