IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ERICA N. FOMBY,**

    **Plaintiff,**

**v.**                                                            **Case No. 1:20-cv-275-AW-GRJ**

**ANDREW SAUL, Commissioner of**
**Social Security,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 22, 2021 Report and Recommendation, ECF No. 4, to which no objection has been filed.

I agree with the magistrate judge and conclude Plaintiff has abandoned the litigation. I now adopt the Report and Recommendation (ECF No. 4) and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute." The clerk will then close the file.

SO ORDERED on April 12, 2021.

                                                      s/ *Allen Winsor*
                                                      United States District Judge